No. 310.   RICHMOND ET AL. *v.* UNITED STATES.   Certiorari, 350 U. S. 860, to the United States Court of Appeals for the Ninth Circuit.   The motion for leave to file brief of Howard R. Carey et al., as *amici curiae,* is denied.